UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Roosevelt Corrica**　　　　　　　　　　　　　　　　**Docket No. 5:15-CR-362-1D**

### Petition for Action on Supervised Release

COMES NOW Linwood E. King, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Roosevelt Corrica, who, upon an earlier plea of guilty to Possession with Intent to Distribute 28 Grams or More of Cocaine Base (Crack) and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on May 27, 2016, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Roosevelt Corrica was released from custody on November 22, 2021, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Corrica has agreed to participate in a cognitive behavioral program to enhance critical thinking and improve his ability to make positive decisions for his life.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　is true and correct.
　　　　　　　　　　　　　　　　　　　　/s/ Linwood E. King
　　　　　　　　　　　　　　　　　　　　Linwood E. King
　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8682
　　　　　　　　　　　　　　　　　　　　Executed On: October 17, 2022

### ORDER OF THE COURT

Considered and ordered this __18__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge